# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CASE NO. 1:20-CV- 00146

| | |
|---|---|
| ESTATE OF JOSHUA SHANE LONG | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **JOINT NOTICE OF**<br>) **SETTLEMENT OF ALL CLAIMS** |
| DERRICK PALMER ET. AL. | )<br>) |
| Defendants. | )<br>) |

NOW COME the Parties to this matter, and do hereby respectfully report to the Court that they have reached an agreement to resolve all claims against all parties in this lawsuit. The Plaintiff anticipates filing a motion for judicial approval of the settlement within thirty days.

This the 20th day of September 2021.

/s/    W. Ellis Boyle

/s/    Winslow Taylor

/s/    Sean Perrin

/s/    Pat Flanagan